No. 85–6476 (A–664). ADAMS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 84–744. UNITED STATES v. LANE ET AL., 474 U. S. 438;

No. 85–1179. SONDEREGGER v. E. F. HUTTON & CO., INC., ET AL., *ante*, p. 1048;

No. 85–5865. HOWARD v. UNITED STATES, *ante*, p. 1022;

No. 85–5893. NICKENS v. MISSISSIPPI, 474 U. S. 1104;

No. 85–5931. DYSON v. TEXAS, *ante*, p. 1002; and

No. 85–6078. MUZA v. UNITED STATES, *ante*, p. 1028. Petitions for rehearing denied.

APRIL 7, 1986

No. 85–1418. NATIONWIDE MUTUAL INSURANCE CO. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO (MITCHELL ET AL., REAL PARTIES IN INTEREST). Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction.

No. 85–1452. LAUVE v. SECRETARY OF STATE OF MICHIGAN; LAUVE v. ATTORNEY GENERAL OF MICHIGAN; and LAUVE v. SECRETARY OF STATE OF MICHIGAN. Appeals from Sup. Ct. Mich. dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as a petition for writ of certiorari, certiorari denied. Reported below: 422 Mich. 964 (first case); 424 Mich. 855 (second case); 425 Mich. 874 (third case).

No. 85–6451. WESLEY v. TEXAS. Appeal from 66th Jud. Dist. Ct. Tex., Hill County, dismissed for want of jurisdiction. Treat-